**IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE**
**AT KNOXVILLE**

FILED

July 9, 1998

Cecil Crowson, Jr.
Appellate Court Clerk

| | |
|---|---|
| **George Killingsworth,** | ) |
| Appellant, | ) C.C.A. NO.03C01-9707-CR-00266 |
| | ) |
| | ) Morgan County |
| VS. | ) |
| | ) |
| **Charles Jones,** | ) |
| | ) |
| Appellee. | ) (Dismissal of Habeas Corpus Petition) |
| | ) AFFIRMED PURSUANT TO RULE 20 |

**O R D E R**

The petitioner is appealing the trial court's denial of his petition for writ of habeas corpus. Petitioner was indicted on one count each of aggravated rape and aggravated sexual battery. Petitioner was tried and found guilty by a Davidson County jury. The petitioner contends that the judgment entered against him is void because the indictment failed to allege the mens rea of the offense charged.

Regardless of whether this type claim should be raised in a petition for writ of habeas corpus, on the merits the petitioner is not entitled to relief based on our Supreme Court's opinion in <u>State v. Hill</u>, 954 S.W.2d 725 (Tenn. Nov. 3, 1997).

IT IS, THEREFORE, ORDERED that the state's motion to affirm the judgment pursuant to Rule 20 is granted. The judgment of the trial court is hereby affirmed. The petitioner being indigent, costs of this appeal are taxed to the state.

ENTER, this the _____ day of _____, 1998.

_____
JERRY L. SMITH, JUDGE

CONCUR:

_____
PAUL G. SUMMERS, JUDGE

_____
CURWOOD WITT, JUDGE